# United States District Court

Eastern District of Virginia
Norfolk Division

FILED
MAY 22 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| Robin Lang, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 2:12cv574 |
| v. | |
| Virginia Beach Lifesaving Service, | |
| Defendant. | |

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recover of the defendant damages in the amount of Seventeen Thousand Five Hundred and no/100 Dollars ($17,500.00) and that the plaintiff recover of the defendant its costs of action.

*DATE:* May 20, 2013

FERNANDO GALINDO, *Clerk*

(By) Lorraine Howard, Deputy Clerk