**EXHIBIT 2**
Attachment 2

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as pr[...] by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of ini[...] the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Robin Lang

**DEFENDANTS**

Virginia Beach Lifesaving Services

(b) County of Residence of First Listed Plaintiff  Virginia Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Virginia Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Lisa A. Bertini
Bertini O'Donnell & Hammer, PC
999 Waterside Dr., Suite 1010, Norfolk, VA 23510 (757) 670-3868

Attorneys (If Known)

Samuel Meekins, Jr.
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for P[...]
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | D |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionme |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced Corrupt Organization |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodi/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actio |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Environmental Matte |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matte |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation A[...] |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Informat Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determ Under Equal Access to Justice |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to D Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §2000e, et seq.
Brief description of cause:
Title VII

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

TOWNEBANK
SAPEAKE, VA 23320

**5169**

68-894/514

**BERTINI, O'DONNELL & HAMMER, PC**
**OPERATING ACCOUNT**
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

Oct 19, 2012

PAY TO THE
ORDER OF _____ Clerk, United States District Court _____ | $ | 350.00

*** Three Hundred Fifty ***************************************** 00/100 **DOLLARS**

Clerk, United States District Court

MEMO Filing Fee - R.Lang

_____
AUTHORIZED SIGNATURE

⑆005169⑆ ⑆051408949⑆022115816 2⑈

---

BERTINI, O'DONNELL & HAMMER, PC        OPERATING ACCOUNT                        5169

DATE      :  October 19, 2012
AMOUNT  :  $350.00
ACCOUNT :
PAID TO   :  Clerk, United States District Court
                 Clerk, United States District Court

EXPLANATION : Filing Fee - R.Lang

MATTER   :

---

BERTINI, O'DONNELL & HAMMER, PC        OPERATING ACCOUNT                        5169

DATE      :  Oct 19, 2012
AMOUNT  :  $350.00
ACCOUNT :
PAID TO   :  Clerk, United States District Court

EXPLANATION : Filing Fee - R.Lang

MATTER :

51N311/39287 (0-12) 6/25/05

# Shannon Crittenden-Mann, Inc.

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

**Bill To:**

Lisa A. Bertini, Esquire
Bertini, O'Donnell & Hammer, P.C.
999 Waterside Drive, Suite 1010
Suite 1010
Norfolk, VA 23510-3320

# Invoice

Number: **1627**

Date: **March 06, 2013**

**RE:**

Robin Lang
v.
Virginia Beach Lifesaving Service,
Inc.

| Date | Description | Amount |
|------|-------------|-------:|
| Feb. 20, 2013 | Fee for original deposition of Robin Lang, taken in the above-styled case<br><br>*** CORRECTION SHEET AND SIGNATURE PAGES ARE ATTACHED TO THE DEPOSITION OF ROBIN LANG FOR HER REVIEW.<br><br>*** EXHIBIT ATTACHED | 260.00 |
| | *Lisa - Thank you!* | |
| | **Total** | **$260.00** |

TERMS: Due upon receipt.
THANK YOU FOR YOUR BUSINESS!

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|:-----------:|:------------:|:------------:|:---------:|:-----:|
| $1,623.75 | $0.00 | $0.00 | $0.00 | $1,623.75 |

# Shannon Crittenden-Mann, Inc.

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

# Invoice

Number: **1625**

Date: **March 06, 2013**

**Bill To:**

Lisa A. Bertini, Esquire
Bertini, O'Donnell & Hammer, P.C.
999 Waterside Drive, Suite 1010
Suite 1010
Norfolk, VA 23510-3320

**RE:**

Robin Lang
v.
Virginia Beach Lifesaving Service,
Inc.

| Date | Description | Amount |
|---|---|---|
| Feb. 19, 2013 | Fee for appearance and original depositions of R. L. Kent Hinnant, Thomas G. Gill and Gary M. Felch, taken in the above-styled case. | 1,363.75 |
| | Total | $1,363.75 |

TERMS: Due upon receipt.
THANK YOU FOR YOUR BUSINESS!

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $1,363.75 | $0.00 | $0.00 | $0.00 | $1,363.75 |

# Shannon Crittenden-Mann, Inc.

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

**Bill To:**

Courtney C. Williams Esquire
Bertini, O'Donnell & Hammer, PC
999 Waterside Drive
Suite 1010
Norfolk, VA 23510

# Invoice

Number: **1676**

Date: **March 22, 2013**

**RE:**

Robin Lang
v.
VBLS

| Date | Description | Amount |
|------|-------------|--------|
| March 22, 2013 | Fee for recording depositions of Andrea Kilmer and Jacob Brubaker, taken in the above-styled case. | 190.00 |

*Courtney – Thank you!*
*Shannon*

**Total** **$190.00**

TERMS: Due upon receipt.
THANK YOU FOR YOUR BUSINESS!

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $190.00 | $0.00 | $0.00 | $0.00 | $190.00 |

**Shannon Crittenden-Mann, Inc.**
PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

# Invoice

Number:  **1708**

Date:   **April 07, 2013**

**Bill To:**

Lisa A. Bertini, Esquire
Bertini & Hammer, P.C.
999 Waterside Drive, Suite 1010
Suite 1010
Norfolk, VA 23510-3320

**RE:**

Robin Lang
v.
Virginia Beach Lifesaving Service, Inc.

| Date | Description | Amount |
|---|---|---|
| Feb. 20, 2013 | Fee for copy of deposition of Sylvia Wolff, taken in the above-styled case. | 90.00 |
| | | |
| | *Lisa - Thank you!* *Shannon* | |
| | **Total** | **$90.00** |

TERMS:  Due upon receipt.
THANK YOU FOR YOUR BUSINESS!

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $90.00 | $0.00 | $0.00 | $0.00 | $90.00 |

# RUTLEDGE COURT REPORTING SERVICES, INC.
## 924 North Haven Circle
## Chesapeake, Virginia 23322
## (757) 548-1059

# Invoice

Number:   4929

Date:     April 09, 2013

Courtney C. Williams, Esq.
Bertini, O'Donnell & Hammer
999 Waterside Drive, Suite 1010
Norfolk, Virginia 23510

RE:  Robin Lang
VS:  Virginia Beach Lifesaving Service
4/3/13

TAX ID # 54-1755296

| Description | Amount |
|---|---|
| Fee for one copy of the transcript of the deposition testimony of Elizabeth A. Hoobler (Sent electronically) | 193.45 |

| | Total | $193.45 |

# Shannon Crittenden-Mann, Inc.

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

# Invoice

Number: **1735**

Date: **April 20, 2013**

**Bill To:**

Courtney C. Williams Esquire
Bertini, O'Donnell & Hammer, PC
999 Waterside Drive
Suite 1010
Norfolk, VA 23510

**RE:**

Robin Lang
v.
VBLS

| Date | Description | Amount |
|------|-------------|--------|
| March 22, 2013 | Fee for original deposition of Andrea M. Kilmer, taken in the above-styled case. | 306.25 |
| | Total | $306.25 |

*Thank you!*
*Shannon*

**TERMS: Due upon receipt.**
**THANK YOU FOR YOUR BUSINESS!**

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $306.25 | $0.00 | $0.00 | $0.00 | $306.25 |

# Shannon Crittenden-Mann, Inc.

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

# Invoice

Number: **1741**

Date: **April 22, 2013**

**Bill To:**

Courtney C. Williams Esquire
Bertini & Hammer, PC
999 Waterside Drive
Suite 1010
Norfolk, VA 23510

**RE:**

Robin Lang
v.
VBLS

| Date | Description | Amount |
|---|---|---|
| March 22, 2013 | Fee for original deposition of Jacob Brubaker, taken in the above-styled case. | 173.00 |
| | *Courtney - Thank you!* | |
| | | **Total**    **$173.00** |

**TERMS: Due upon receipt.**
**THANK YOU FOR YOUR BUSINESS!**

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $173.00 | $0.00 | $0.00 | $0.00 | ~~$173.00~~ |

**Shannon Crittenden-Mann, Inc.**

PO Box 47
Carrollton, VA 23314
(757)620-6836
TIN 54-1768314

# Invoice

Number: **1783**

Date: **May 13, 2013**

**Bill To:**

Lisa A. Bertini, Esquire
Bertini & Hammer, P.C.
999 Waterside Drive, Suite 1010
Suite 1010
Norfolk, VA 23510-3320

**RE:**

Robin Lang
v.
Virginia Beach Lifesaving Service,
Inc.

| Date | Description | Amount |
|---|---|---|
| Feb. 20, 2013 | Fee for copy of deposition of Harley Swan, taken in the above-styeld case. | 212.50 |
| | Total | **$212.50** |

*Lisa - Shannon!*

TERMS: Due upon receipt.
THANK YOU FOR YOUR BUSINESS!

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $212.50 | $0.00 | $0.00 | $0.00 | $212.50 |



**9 North Third Street**
**Richmond, VA 23219**
**804 780-1060**

**632 North Witchduck Road**
**Suite 103**
**Virginia Beach, VA 23462**
**757 217-9130**

# BIZPORT
### HOW YOU GET THINGS DONE

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2013 | VB35688 |

| Bill To | Ship To |
|---------|---------|
| Bertini & Hammer PC<br>Accounts Payable<br>999 Waterside Drive, Suite 1010<br>Norfolk, VA 23510 | Bertini & Hammer PC<br>999 Waterside Drive, suite 1010<br>Norfolk, VA 23510 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| Lang | Net 30 | LC | 5/10/2013 | 34241-Lc | Virginia |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,048 | Light Litigation | A lit. x 2 | 0.08 | 83.84T |
| 10 | Covers-Clear F/Le... | Clear/Leatherette Sets | 1.50 | 15.00T |
| 10 | Acco Strips | Metal Closure | 2.50 | 25.00T |
|  |  | Sales Tax | 5.00% | 6.19 |

Remit Payment to:
Bizport Ltd
9 North Third Street
Richmond, VA 23219

TAX ID# 043709157

| **Total** | $130.03 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $130.03 |



9 North Third Street
Richmond, VA 23219
804 780-1060

632 North Witchduck Road
Suite 103
Virginia Beach, VA 23462
757 217-9130

**BIZPORT**
HOW YOU GET THINGS DONE

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2013 | VB35685 |

| Bill To | Ship To |
|---|---|
| Bertini & Hammer PC<br>Accounts Payable<br>999 Waterside Drive, Suite 1010<br>Norfolk, VA 23510 | Bertini & Hammer PC<br>999 Waterside Drive, suite 1010<br>Norfolk, VA 23510 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| Lang | Net 30 | LC | 5/10/2013 | 35945-LC | Virginia Blanchard |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 81 | Light Litigation | A lit. | 0.08 | 6.48T |
| 3 | Covers-Clear F/Le... | Clear/Leatherette Sets | 1.50 | 4.50T |
| 3 | Acco Strips | Metal Closure | 2.50 | 7.50T |
| | | Sales Tax | 5.00% | 0.92 |

Remit Payment to:
Bizport Ltd
9 North Third Street
Richmond, VA 23219

TAX ID# 043709157

| | |
|---|---|
| **Total** | $19.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19.40 |

TOWNEBANK
\PEAKE, VA 23320

**5532**

68-894/514

**BERTINI, O'DONNELL & HAMMER, PC**
**OPERATING ACCOUNT**
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

Apr 24, 2013

PAY TO THE
ORDER OF    Gary  Felch                                        $    60.34

*** Sixty **************************************************    34/100    DOLLARS

Gary M. Felch
604 Shoreham Court, #201
Virginia Beach, VA 23451

MEMO

Subpeona-Witness fee/Lang

AUTHORIZED SIGNATURE

⑈005532⑈ ⑇051408949⑇0221158162⑈

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT          5532

DATE      :  April 24, 2013
AMOUNT :  $60.34
ACCOUNT :
PAID TO  :  Gary  Felch
              Gary M. Felch
              604 Shoreham Court, #201
              Virginia Beach, VA
              23451
INVOICE       Inv#           Amt   Inv#        Amt
              Felch 5/15     60.34

EXPLANATION Subpeona-Witness fee/Lang
:

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT          5532

DATE      :  Apr 24, 2013
AMOUNT :  $60.34
ACCOUNT :
PAID TO  :  Gary  Felch
              Gary M. Felch
              604 Shoreham Court, #201
              Virginia Beach, VA
              23451
INVOICE:      Inv#           Amt   Inv#        Amt
              Felch 5/15     60.34

EXPLANATION : Subpeona-Witness fee/Lang

BERTINI, O'DONNELL & HAMMER, PC
OPERATING ACCOUNT
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

TOWNEBANK
PEAKE, VA 23320

5531

68-894/514

Apr 24, 2013

PAY TO THE ORDER OF ___ Harley Swan _____ | $ 53.56

*** Fifty Three ***************************************************** 56/100 DOLLARS

Harley Swan
4816 Berrywood Rd
Virginia Beach, VA 23464

MEMO    Subpeona - Witness fee/Lang

AUTHORIZED SIGNATURE

MP

⑈"005531⑈" ⑈:051408949⑈:0221158162⑈"

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                      5531

DATE      :  April 24, 2013
AMOUNT  :  $53.56
ACCOUNT :
PAID TO  :  Harley Swan
              Harley Swan
              4816 Berrywood Rd
              Virginia Beach, VA
              23464
INVOICE       Inv#              Amt    Inv#          Amt
              Swan 5/15         53.56

EXPLANATION Subpeona - Witness fee/Lang
:

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                      5531

DATE      :  Apr 24, 2013
AMOUNT  :  $53.56
ACCOUNT :
PAID TO  :  Harley Swan
              Harley Swan
              4816 Berrywood Rd
              Virginia Beach, VA
              23464
INVOICE:       Inv#              Amt    Inv#          Amt
              Swan 5/15         53.56

EXPLANATION : Subpeona - Witness fee/Lang

TOWNEBANK
CHESAPEAKE, VA 23320

**5535**

68-894/514

**BERTINI, O'DONNELL & HAMMER, PC**
**OPERATING ACCOUNT**
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

Apr 24, 2013

PAY TO THE
ORDER OF    Elizabeth Hoobler                                                    $    62.60

*** Sixty Two  *********************************************************  60/100  DOLLARS

Elizabeth Hoobler
305 51-1/2 Street
Virginia Beach, VA 23451

MEMO

Subpeona-Witness fee/Lang

AUTHORIZED SIGNATURE

⑈005535⑈ ⑆051408949⑆022115816 2⑈

---

BERTINI, O'DONNELL & HAMMER, PC            **OPERATING ACCOUNT**            **5535**

DATE        :    April 24, 2013
AMOUNT  :    $62.60
ACCOUNT :
PAID TO    :    Elizabeth Hoobler
                    Elizabeth Hoobler
                    305 51-1/2 Street
                    Virginia Beach, VA
                    23451

INVOICE         Inv#                    Amt    Inv#            Amt
                    Hoobler 5/15        62.60

EXPLANATION Subpeona-Witness fee/Lang
:

---

BERTINI, O'DONNELL & HAMMER, PC            **OPERATING ACCOUNT**            **5535**

DATE        :    Apr 24, 2013
AMOUNT  :    $62.60
ACCOUNT :
PAID TO    :    Elizabeth Hoobler
                    Elizabeth Hoobler
                    305 51-1/2 Street
                    Virginia Beach, VA
                    23451

INVOICE:        Inv#                    Amt    Inv#            Amt
                    Hoobler 5/15        62.60

EXPLANATION : Subpeona-Witness fee/Lang

**BERTINI, O'DONNELL & HAMMER, PC**
**OPERATING ACCOUNT**
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

TOWNEBANK
CHESAPEAKE, VA 23320

5534
68-894/514

Apr 24, 2013

PAY TO THE ORDER OF ___Andrea Kilmer___                    $   54.13

*** Fifty Four ****************************************************** 13/100   DOLLARS

Andrea Kilmer
3333 Virginia Beach Blvd, Ste 24
Virginia Beach, VA 23452

MEMO    Subpeona-Witness fee/Lang

AUTHORIZED SIGNATURE

⑈005534⑈ ⑆051408949⑆022115816 2⑈

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                    5534

DATE        :  April 24, 2013
AMOUNT   :  $54.13
ACCOUNT :
PAID TO    :  Andrea Kilmer
                 Andrea Kilmer
                 3333 Virginia Beach Blvd, Ste 24
                 Virginia Beach, VA
                 23452
INVOICE         Inv#            Amt    Inv#        Amt
                     Kilmer 5/15    54.13


EXPLANATION Subpeona-Witness fee/Lang
        :

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                    5534

DATE        :  Apr 24, 2013
AMOUNT   :  $54.13
ACCOUNT :
PAID TO    :  Andrea Kilmer
                 Andrea Kilmer
                 3333 Virginia Beach Blvd, Ste 24
                 Virginia Beach, VA
                 23452
INVOICE:        Inv#            Amt    Inv#        Amt
                     Kilmer 5/15    54.13


EXPLANATION : Subpeona-Witness fee/Lang

BERTINI, O'DONNELL & HAMMER, PC
**OPERATING ACCOUNT**
999 WATERSIDE DRIVE STE 1010
NORFOLK, VA 23510

TOWNEBANK
PEAKE, VA 23320

5533

68-894/514

Apr 24, 2013

PAY TO THE
ORDER OF ___ Thomas Gill _____ $ 62.60

\*\*\* Sixty Two \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* 60/100 ___ DOLLARS

Thomas Gill
804 Kennedy Ave
Virginia Beach, VA 23451

MEMO

Subpeona-Witness fee/Lang

AUTHORIZED SIGNATURE

⑈005533⑈ ⑆051408949⑆0221158162⑈

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                         5533

DATE      : April 24, 2013
AMOUNT  : $62.60
ACCOUNT :
PAID TO   :   Thomas Gill
              Thomas Gill
              804 Kennedy Ave
              Virginia Beach, VA
              23451

| INVOICE | Inv# | Amt | Inv# | Amt |
|---|---|---|---|---|
| | Gill 5/15 | 62.60 | | |

EXPLANATION Subpeona-Witness fee/Lang
:

---

BERTINI, O'DONNELL & HAMMER, PC          OPERATING ACCOUNT                         5533

DATE      : Apr 24, 2013
AMOUNT  : $62.60
ACCOUNT :
PAID TO   :   Thomas Gill
              Thomas Gill
              804 Kennedy Ave
              Virginia Beach, VA
              23451

| INVOICE: | Inv# | Amt | Inv# | Amt |
|---|---|---|---|---|
| | Gill 5/15 | 62.60 | | |

EXPLANATION : Subpeona-Witness fee/Lang

# City of Virginia Beach
## Office of the City Attorney
### Invoice for Services

| BILL TO: | | | | | INVOICE NO: FO3125 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | BILLING DATE: March 12, 2013 | | | |
| Courtney Williams | | | | | BILLING DEPARTMENT: Law/City Attorney's Office | | | |
| Bertini O'Donnell & Hammer, PC | | | | | For further information please call: | | | |
| 999 Waterside Drive, Suite 1010 | | | | | NAME: Nancy L. Bloom | | | |
| Norfolk, VA 23510 | | | | | PHONE NO: (757) 385-4052 | | | |
| | | | | | INVOICE AMOUNT: $ 22.62 | | | |

### CREDIT TO ACCOUNT NUMBER:

| AMOUNT | FUND | BUDGET UNIT | OBJECT CODE | PROJ/ GRANT | PROJ/ ACTIVITY | LOC | DEPT | SHARED |
|---|---|---|---|---|---|---|---|---|
| $ 22.62 | 002 | 26010 | - | - | - | - | | - |

| Date of Service | Description | | | Amount | | Total | |
|---|---|---|---|---|---|---|---|
| 3.7.13 <br><br> Virginia Beach Life Saving Services, Inc. | **Emergency Medical Services** <br><br> Duplication of 754 pages @ <br><br><br> TOTAL | | | $.03/per page <br><br><br> | | $    22.62 <br><br><br> $    22.62 | |

Make check payable to *Treasurer, City of Virginia Beach*, and return along with remittance to:

**FOIA Specialist**
**City Attorney's Office**
**2401 Courthouse Drive**
**Virginia Beach, VA 23456**

*Payments made directly to the Treasurer may not be credited to this account*

**Invoice due upon receipt**

COPY #1 – Debtor
COPY #2 - Remittance
COPY #3 – Treasurer
COPY #4 – Department Copy



9 North Third Street
Richmond, VA 23219
804 780-1060

632 North Witchduck Road
Suite 103
Virginia Beach, VA 23462
757 217-9130

**BIZPORT**
HOW YOU GET THINGS DONE

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/15/2013 | VB34735 |

| Bill To | Ship To |
|---------|---------|
| Bertini, O'Donnell & Hammer PC<br>Accounts Payable<br>999 Waterside Drive, Suite 1010<br>Norfolk, VA 23510 | Bertini, O'Donnell & Hammer PC<br>999 Waterside Drive, suite 1010<br>Norfolk, VA 23510 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| Lang | Net 30 | LC | 4/15/2013 | 35028-AR | Lisa Adams |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 746 | Light Litigation | "B" | 0.12 | 89.52T |
| 84 | Tabs | pre-printed | 0.31 | 26.04T |
| | | Sales Tax | 5.00% | 5.78 |

Remit Payment to:
Bizport Ltd
9 North Third Street
Richmond, VA 23219

TAX ID# 043709157

| | |
|---|---|
| **Total** | $121.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $121.34 |



**BIZPORT**
HOW YOU GET THINGS DONE

9 North Third Street
Richmond, VA 23219
804 780-1060

632 North Witchduck Road
Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/26/2013 | VB35217 |

| Bill To | Ship To |
|---------|---------|
| Bertini, O'Donnell & Hammer PC<br>Accounts Payable<br>999 Waterside Drive, Suite 1010<br>Norfolk, VA 23510 | Bertini, O'Donnell & Hammer PC<br>999 Waterside Drive, suite 1010<br>Norfolk, VA 23510 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| Lang | Net 30 | LC | 4/26/2013 | 35496-LC | Virginia |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 49 | Tab-Typesetting | per line | 1.00 | 49.00T |
| 147 | Custom Tabs | | 0.42 | 61.74T |
| 60 | Light Litigation | 1 copy | 0.12 | 7.20T |
| 224 | Light Litigation | 2 copies | 0.12 | 26.88T |
| 2 | Color 8.5x11 | 2 copies | 0.35 | 0.70T |
| 11 | Color 8.5x11 | 1 copy | 0.35 | 3.85T |
| 3 | 3' Binder | 3 Ring | 12.60 | 37.80T |
| 1.5 | Hand Time | collating | 40.00 | 60.00T |
| | Discount | Job done incorrectly per client. | -123.58 | -123.58 |
| | | ***REVISED INVOICE*** | | |
| | | Sales Tax | 5.00% | 6.18 |

Remit Payment to:
Bizport Ltd
9 North Third Street
Richmond, VA 23219

TAX ID# 043709157

| **Total** | $129.77 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $129.77 |



9 North Third Street
Richmond, VA 23219
804 780-1060

**BIZPORT**
HOW YOU GET THINGS DONE

632 North Witchduck Road
Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2013 | VB35715 |

| Bill To | Ship To |
|---|---|
| Bertini & Hammer PC<br>Accounts Payable<br>999 Waterside Drive, Suite 1010<br>Norfolk, VA 23510 | Bertini & Hammer PC<br>999 Waterside Drive, suite 1010<br>Norfolk, VA 23510 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| Lang | Net 30 | LC | 5/10/2013 | 34240-LC | Virginia |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 16 | Color 8.5x11 | | 0.35 | 5.60T |
| 1,976 | Medium Litigation | C lit. x 4 8.5x11 | 0.14 | 276.64T |
| 59 | Tab-Typesetting | per line | 1.00 | 59.00T |
| 236 | Custom Tabs | | 0.42 | 99.12T |
| 4 | 4' D-Ring Binders | 3 Ring | 16.75 | 67.00T |
| 553 | Medium Litigatio... | | 0.14 | 77.42T |
| 4 | Color Scan | 8.5x11 | 0.35 | 1.40T |
| 1 | CD Creation | | 15.00 | 15.00T |
| | | Sales Tax | 5.00% | 30.06 |

Remit Payment to:
Bizport Ltd
9 North Third Street
Richmond, VA 23219

TAX ID# 043709157

| **Total** | $631.24 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $631.24 |